# State of New York
# Court of Appeals

This memorandum is uncorrected and subject to revision before publication in the New York Reports.

No. 59
Jennifer White, et al.,
     Respondents,
    v.
Andrew Cuomo, &c., et al.,
     Appellants.

Victor Paladino, for appellants.
Cornelius D. Murray, for respondents.

Reargument ordered for a future Court session. Chief Judge DiFiore and Judges Rivera, Fahey, Wilson, Singas and Cannataro concur. Judge Garcia took no part.

Decided October 14, 2021